UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

      v.                                      CR 12-035 ML

HECTOR LUIS RODRIGUEZ

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Sullivan on May 4, 2016 (Docket #62). No objection has been filed and the time for doing so has passed.[1]

This Court has reviewed the Report and Recommendation issued by the Magistrate Judge, and agrees with her conclusion that the appeal is not taken in good faith pursuant to Fed. R. App. P. 24 (a)(3)(A). The Court, therefore, denies Petitioner's request to proceed *in forma pauperis*.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Senior United States District Judge
August 25, 2016

---

[1] Petitioner requested and was granted an extension to file his objection with a due date of June 15, 2016. However, no objection has been received by the Court.